IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02290-RPM

DAVID J. LEONARD,

    Plaintiff,

v.

INFOCROSSING, INC.;
INFOCROSSING, LLC;
WIPRO, LIMITED;
SAMEER KISHORE; and
SURESH VASWANI,

    Defendants.

_____

ORDER DISMISSING DEFENDANTS INFOCROSSING, INC., AND SURESH VASWANI
_____

On February 3, 2009, this Court entered an order to show cause why the complaint should not be dismissed as to Defendants Infocrossing, Inc., and Suresh Vaswani. Plaintiff has not filed a response to the order and it is now

ORDERED that the complaint is dismissed as to Defendants Infocrossing, Inc., and Suresh Vaswani without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED: February 19th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge