IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02290-RPM

DAVID J. LEONARD,

    Plaintiff,

v.

INFOCROSSING, LLC,
WIPRO, LIMITED, and
SAMEER KISHORE,

    Defendants.

## ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated:  September 24th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge