IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02290-RPM

DAVID J. LEONARD,

      Plaintiff,

v.

INFOCROSSING, LLC,
WIPRO, LIMITED, and
SAMEER KISHORE,

      Defendants.

---

ORDER SETTING TRIAL DATE

---

      Pursuant to the Calendar Call today, it is

      ORDERED that this matter is set for trial to jury on **June 7, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      Dated: October 2nd, 2009

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge