**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 08-CV-02290-RPM-KLM

DAVID J. LEONARD,

    Plaintiff,

v.

INFOCROSSING, LLC, WIPRO, LIMITED, AND
SAMEER KISHORE

    Defendants.

_____

**ORDER**
_____

Upon review of the parties' Stipulated Motion To Dismiss, With Prejudice [27], it is

ORDERED that this action is hereby dismissed, with prejudice, with each party to pay their own costs and fees.

DATED: October 26th, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge